IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>VS.<br><br>**NEOMON REGERO DANIELS,**<br><br>Defendant | NO. 1: 09-CR-33 (WLS)<br><br>**VIOLATION:** Bank Robbery |

# ORDER OF DETENTION PENDING TRIAL

    In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a DETENTION HEARING was this day held in the above-captioned case before the undersigned. Defendant NEOMON REGERO DANIELS was represented by Ms. Catherine Michelle Leek of the Federal Defenders Office; the United States was represented by Assistant U. S. Attorney Leah E. McEwen. Based upon the evidence presented/proffered to the court by counsel for the government and counsel for the defendant, as well as the contents of the Memorandum from the U. S. Probation Office dated December 7, 2009, I conclude that the following facts require the detention of the defendant pending the trial of this case.

## PART I - FINDINGS OF FACT

☐ (1) There is PROBABLE CAUSE to believe that the defendant has committed an offense

    ☐ for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.

    ☐ under 18 U.S.C. §924(c).

☐ (2) The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### ALTERNATIVE FINDINGS

☒ (1) There is a serious risk that the defendant will not appear.

☒ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

## PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

**Applying the factors set forth in 18 U.S.C. §3142(g), I find that the evidence presented/proffered at the DETENTION HEARING, as supplemented by information contained in the aforementioned Memorandum, establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the future appearance of this defendant and the safety of the community were he to be released from custody. The defendant lacks tie to the Middle District of Georgia; he has a felony conviction record going back to 1990 which includes THEFT BY TAKING, Superior Court of Bibb County, 1990; FINANCIAL TRANSACTION CARD FRAUD (2 cts.) and FORGERY (2 CTS.), Superior Court of Bibb County, 2000; and, POSSESSION OF COCAINE and THEFT BY CONVERSION, Superior Court of DeKalb County, 2009. The offense charged against him herein is a very serious one for which long-term incarceration can be expected in the event of a conviction or plea of guilty. His estimated guideline range is 63 months to 78 months. The weight of evidence appears to be strong; when he was apprehended, he had in his possession money from the robbery as well as the note he had exhibited to the bank teller demanding money. In addition, defendant DANIELS led law enforcement officers on a extended multi-county chase before being apprehended.**

For the foregoing reasons, the undersigned finds that the government has established that defendant DANIELS poses both a serious risk of flight and a danger to the community were he to be released from custody, mandating pretrial detention.  IT IS SO ORDERED AND DIRECTED.

## PART III - DIRECTIONS REGARDING DETENTION

The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 7th day of DECEMBER, 2009.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE